UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. 17-cv-06919-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/29/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge